NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORNELL D.M. JUDGE CORNISH,**
*Plaintiff-Appellant,*

v.

**DAVID J. KAPPOS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, UNITED STATES PATENT AND TRADEMARK OFFICE, HARRY I. MOATZ, Director, Office of Enrollment and Discipline, and WILLIAM J. GRIFFIN, Staff Attorney, Office of Enrollment and Discipline,**
*Defendant-Appellees.*

---

2012-1157

---

Appeal from the United States District Court for the District of Columbia in No. 07-CV-1719, Judge Richard W. Roberts.

---

**JUDGMENT**

---

CORNELL D.M. JUDGE CORNISH, of Washington, DC, pro se.

ELIZABETH ULLMER MENDEL, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for defendants-appellees. On the brief were RAYMOND T. CHEN, Solicitor, RONALD K. JAICKS and SYDNEY O. JOHNSON, JR., Associate Solicitors.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, PROST *and* REYNA, *Ciruit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 13, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |